**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **HILL BROTHERS TRANSPORTATION INC.**, a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:03CV327 |
| vs. | ) ) | |
| | ) | ORDER |
| **OWNER OPERATOR RESOURCES CORP.**, d/b/a **PREMIER RESOURCES**, an Indiana corporation and **CENTRAL LEASING MANAGEMENT**, an Illinois corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on the Suggestion in Bankruptcy (Filing No. 49) filed by the plaintiff and the defendant Central Leasing Management and the notice of bankruptcy (Filing No. 50) filed by the defendant Owner Operator Resources Corp. Owner Operator Resources filed for bankruptcy under Chapter 7 in the United States Bankruptcy Court for the District of Indiana, Case No. 06-10138. Accordingly,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 15th day of February, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge