IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HILL BROTHERS TRANSPORTATION, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV327 |
| | ) | |
| v. | ) | |
| | ) | |
| OWNER OPERATOR RESOURCES, and CENTRAL LEASING MANAGEMENT, | ) ) ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned to District Judge Joseph F. Bataillon for disposition and remains assigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 6th day of April, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE