# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HILL BROTHERS TRANSPORTATION, INC.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **CENTRAL LEASING MANAGEMENT, INC.,** ) <br> ) <br> **Defendant.** ) | **8:03CV327** <br><br> **ORDER** |

On the court's own motion, the pretrial conference previously set for August 28, 2006, at 2:30 p.m. is cancelled and is **rescheduled for August 30, 2006, at 2:30 p.m.** before the undersigned magistrate judge, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**IT IS SO ORDERED.**

DATED this 7th day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge