## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HILL BROTHERS TRANSPORTATION, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CENTRAL LEASING MANAGEMENT, INC.,** )<br>)<br>**Defendant.** ) | 8:03CV327<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on June 8, 2006 by counsel for the plaintiff and the oral motion by counsel for the plaintiff on July 11, 2006,

**IT IS ORDERED that:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before July 25, 2006**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 11th day of July, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge