IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HILL BROTHERS TRANSPORTATION, INC., a Nebraska corporation, | ) ) ) | CASE NO. 8:03CV327 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER OF DISMISSAL** |
| CENTRAL LEASING MANAGEMENT, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) ) | |

This matter comes before the Court upon the Stipulation of the parties for dismissal of this matter pursuant to Fed. R. Civ. P. 41 (Filing 68).  In consideration of the Stipulation,

IT IS HEREBY ORDERED that the above-captioned matter should be and therefore is dismissed, with prejudice, each party to bear its own costs.

Dated this 28th day of July, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Court Judge


Prepared and Submitted By:
Joseph E. Jones  #15970
FRASER, STRYKER, MEUSEY,
OLSON, BOYER & BLOCH, P.C.
500 Energy Plaza
409 South 17 Street
Omaha, Nebraska  68102-2663
(402) 341-6000
Attorneys for Plaintiff
418989